**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

_____

Courtroom Deputy:  Cathy Coomes            Date:  January 11, 2013
Court Reporter:    Gwen Daniel             Probation: Sergio Garza

_____

Criminal Action No.   12-cr-00048-WJM          *Counsel:*

UNITED STATES OF AMERICA,                      Zeke Knox

    Plaintiff,

v.

BENJAMIN BLOUNT,                               John Schlie

    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

2:06 p.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

> Defendant plead guilty to Counts 1 and 15 of the Indictment on October 12, 2012

Court's comments

Sentencing Statement by Ms. Knox

1

Sentencing Statement by Mr. Schlie

The Court addresses the defendant's objection set forth in the Objection to Presentence Investigation Report [ECF No. 379].

Mr. Schlie's comments

Ms. Knox's comments

**ORDERED:   Defendant's objection [ECF No. 379] is OVERRULED AS MOOT in part and SUSTAINED in part.**

**Defendant's objection to the assessment of one criminal history point for his prior petty offense conviction under state law for possession of less than one once of marijuana for personal is SUSTAINED; in all other respects Defendant's objections are DENIED AS MOOT.**

The Court addresses the Government's Motion Regarding Acceptance of Responsibility [ECF No. 385].

The defense does not object to [ECF No. 385].

**ORDERED:   The Government's Motion Regarding Acceptance of Responsibility [ECF No. 385] is GRANTED.**

**ORDERED:   The Defendant's Motion for Downward Variance From the Advisory Guideline Range [ECF No. 382] is DENIED AS WITHDRAWN.**

Defendant's Allocution

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Benjamin Blount, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 120 months for each count, Counts 1 and 15, to be served concurrently.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of  5 years on Count 1 and a term of  3 years on Count 15.  All such terms to run concurrently.**

1) **Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.  And while on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**

2) **Defendant shall not unlawfully possess a controlled substance.**

3) **Defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

4) **Defendant shall cooperate in the collection of DNA as directed by his probation officer.**

**ORDERED:** **The following special conditions of supervised release are imposed:**

1) **The Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as approved by the probation officer until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2) **The defendant shall submit his person, property, house, residence, papers or office top a search conducted by a United States probation officer.  Failure to  submit to such search may be  grounds for revocation of release.  The defendant shall warn any other okay papts that the premises made be subject to searches pursuant to this condition.**

   **An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of his violation.  Any such search must be conducted at a reasonable time and in a reasonable manner.**

3) **The defendant shall have no association with gang members**

       **during the period of supervised release.**

**ORDERED: The special assessment fee of $200.00 is imposed, due and payable immediately.**

**ORDERED: Defendant has no ability to pay a fine, and the fine is waived.**

The Court advises the defendant of his right to appeal the Court's sentencing decision to the Tenth Circuit Court of Appeals by filing a written notice of appeal within 14 days from the date of entry of judgment.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

2:37 p.m.  Court in Recess
      Hearing concluded
      Time:  31 minutes